LOUIS GOLDBERG ET AL. *v.* HOWARD A.
FROMSON ET AL.
(8408)

SPALLONE, O'CONNELL and CRETELLA, Js.

Argued June 14—decision released June 22, 1990

*Michael P. Foley, Jr.,* for the appellants (plaintiffs).
*Glen A. Canner,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.